```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03455-HWV
Daniel L. Williams                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach            Page 1 of 2           Date Rcvd: Aug 21, 2019
                              Form ID: ntsempas        Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.

```
db            +Daniel L. Williams,    415 Saginaw Road,    Mount Wolf, PA 17347-9609
5234344        CITY TREASURER, TAX COLLECTOR,    101 S. GEORGE ST.,    PO BOX 509,    YORK, PA 17405-0509
5234348       +CREDIT SERVICE OF OREGON,    ATTN: BANKRUPTCY DEPT,    PO BOX 1208,    ROSEBURG, OR 97470-0306
5234338       +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5234349       +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                PHILADELPHIA, PA 19106-1541
5234350       +LENDMARK FINANCIAL SERVICES,    1735 NORTH BROWN ROAD,    SUITE 300,
                LAWRENCEVILLE, GA 30043-8228
5234351       +NATIONSTAR MORT. D/B/A MR. COOPER,    P.O. BOX 650783,    DALLAS, TX 75265-0783
5234352       +NISSAN MOTOR ACCEPTANCE,    P.O. BOX 660360,    DALLAS, TX 75266-0360
5234354        NISSAN MOTOR ACCEPTANCE CORP.,    P.O. BOX 660366,    DALLAS, TX 75266-0366
5234355      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: NISSAN MOTOR ACCEPTANCE CORP.,    8900 FREEPORT PARKWAY,
                IRVING, TX 75063)
5234340       +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5234357       +PACIFIC UNION FINANCIAL,    ATTN: BANKRUPTCY,    1603 LBJ FREEWAY, SUITE 500,
                FARMERS BRANCH, TX 75234-6071
5234339       +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5234358       +SHERRI D. WILLIAMS,    415 SAGINAW ROAD,    MOUNT WOLF, PA 17347-9609
5234359       +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,    YORK, PA 17401-1587
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5234342       +E-mail/Text: bankruptcy@rentacenter.com Aug 21 2019 19:26:38      ACCEPTANCE NOW,
                5501 HEADQUARTERS DRIVE,    PLANO, TX 75024-5837
5234343       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 19:35:40      CAPITAL ONE,
                ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5234346       +E-mail/Text: documentfiling@lciinc.com Aug 21 2019 19:25:45      COMCAST,    P.O. BOX 70219,
                PHILADELPHIA, PA 19176-0219
5234345       +E-mail/Text: documentfiling@lciinc.com Aug 21 2019 19:25:45      COMCAST,
                221 W. PHILADELPHIA STREET,    SUITE 12,    YORK, PA 17401-2992
5234347       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2019 19:35:26      CREDIT ONE BANK,
                ATTN: BANKRUPTCY,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
5234341        E-mail/Text: cio.bncmail@irs.gov Aug 21 2019 19:25:55      INTERNAL REVENUE SERVICE,
                CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5234356       +E-mail/PDF: cbp@onemainfinancial.com Aug 21 2019 19:35:00      ONEMAIN FINANCIAL,
                ATTN: BANKRUPTCY,    601 NW 2ND STREET,    EVANSVILLE, IN 47708-1013
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5234337*      +DANIEL L. WILLIAMS,    415 SAGINAW ROAD,    MOUNT WOLF, PA 17347-9609
5234353*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: NISSAN MOTOR ACCEPTANCE CORP.,    P.O. BOX 371491,
                PITTSBURGH, PA 15250)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

Case 1:19-bk-03455-HWV    Doc 11    Filed 08/23/19    Entered 08/24/19 00:36:42    Desc
                     Imaged Certificate of Notice    Page 1 of 3

```
District/off: 0314-1           User: CKovach              Page 2 of 2              Date Rcvd: Aug 21, 2019
                               Form ID: ntsempas          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

```
          Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Daniel L. Williams hrohrbaugh@cgalaw.com,
           kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Daniel L. Williams<br>aka Daniel Lewis Williams Sr.<br><br>**Debtor 1**<br><br>**Debtor(s)** | Chapter: 7<br><br>Case number: 1:19–bk–03455–HWV<br><br>Document Number: 8<br><br>Matter: Motion to Convert Case to Chapter 13 |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 13, 2019.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Ronald Reagan Federal Building,**<br>**Bankruptcy Courtroom (3rd Floor),**<br>**Third & Walnut Streets, Harrisburg,**<br>**PA 17101** | **Date: 9/17/19**<br><br>**Time: 09:30 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **September 4, 2019**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 21, 2019 |

ntsempas(05/18)