E. Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

October 29, 2019

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Williams, Daniel L.**
**1:19-bk-03455**

Dear Sirs:

Please change the address for the Debtor:

Old Address:

Daniel L. Williams
415 Saginaw Road
Mount Wolf, PA 17347

**New Address:**

**Daniel T. Williams**
**953 South Pine Street**
**York, PA 17403**

Thank you.

Sincerely,

/s/ E. Haley Rohrbaugh

E. Haley Rohrbaugh

EHR/klb

{01708077/1}