```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-03455-HWV
Daniel L. Williams                                                        Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: Christina              Page 1 of 2               Date Rcvd: Nov 15, 2019
                               Form ID: ntcnfhrg            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
db             +Daniel L. Williams,    953 South Pine Street,    York, PA 17403-3936
5234344         CITY TREASURER, TAX COLLECTOR,    101 S. GEORGE ST.,    PO BOX 509,    YORK, PA 17405-0509
5246103        +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
5234348        +CREDIT SERVICE OF OREGON,    ATTN: BANKRUPTCY DEPT,    PO BOX 1208,    ROSEBURG, OR 97470-0306
5234337        +DANIEL L. WILLIAMS,    415 SAGINAW ROAD,    MOUNT WOLF, PA 17347-9609
5234338        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5234349        +KML LAW GROUP, P.C.,    BNY MELLON INDEPENDENCE CTR.,    701 MARKET ST., STE 5000,
                 PHILADELPHIA, PA 19106-1541
5234350        +LENDMARK FINANCIAL SERVICES,    1735 NORTH BROWN ROAD,    SUITE 300,
                 LAWRENCEVILLE, GA 30043-8228
5234351        +NATIONSTAR MORT. D/B/A MR. COOPER,    P.O. BOX 650783,    DALLAS, TX 75265-0783
5263790       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
5234352        +NISSAN MOTOR ACCEPTANCE,    P.O. BOX 660360,    DALLAS, TX 75266-0360
5234354         NISSAN MOTOR ACCEPTANCE CORP.,    P.O. BOX 660366,    DALLAS, TX 75266-0366
5234355       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   NISSAN MOTOR ACCEPTANCE CORP.,    8900 FREEPORT PARKWAY,
                 IRVING, TX 75063)
5234340        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5234357        +PACIFIC UNION FINANCIAL,    ATTN: BANKRUPTCY,    1603 LBJ FREEWAY, SUITE 500,
                 FARMERS BRANCH, TX 75234-6071
5234339        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5234358        +SHERRI D. WILLIAMS,    415 SAGINAW ROAD,    MOUNT WOLF, PA 17347-9609
5234359        +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,    YORK, PA 17401-1587
5238534        +York County Tax Claim Bureau,    28 East Market Street,    York, PA 17401-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5234342        +E-mail/Text: bankruptcy@rentacenter.com Nov 15 2019 19:52:55     ACCEPTANCE NOW,
                 5501 HEADQUARTERS DRIVE,    PLANO, TX 75024-5837
5234343        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 19:50:14     CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5234346        +E-mail/Text: documentfiling@lciinc.com Nov 15 2019 19:51:56     COMCAST,   P.O. BOX 70219,
                 PHILADELPHIA, PA 19176-0219
5234345       ++E-mail/Text: documentfiling@lciinc.com Nov 15 2019 19:51:56     COMCAST,
                 221 W. PHILADELPHIA STREET,    SUITE 12,   YORK, PA 17401-2992
5234347        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 19:50:16     CREDIT ONE BANK,
                 ATTN: BANKRUPTCY,    PO BOX 98873,   LAS VEGAS, NV 89193-8873
5250002         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 19:50:14
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5234341         E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 19:52:12     INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,   PHILADELPHIA, PA 19101-7346
5249350         E-mail/Text: ktramble@lendmarkfinancial.com Nov 15 2019 19:51:51
                 Lendmark Financial Services, LLC,    2118 Usher Street,    Covington, GA 30014
5250530         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 19:50:18     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5234356        +E-mail/PDF: cbp@onemainfinancial.com Nov 15 2019 19:50:51     ONEMAIN FINANCIAL,
                 ATTN: BANKRUPTCY,    601 NW 2ND STREET,   EVANSVILLE, IN 47708-1013
5251486         E-mail/PDF: cbp@onemainfinancial.com Nov 15 2019 19:50:05     ONEMAIN FINANCIAL,   PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5234353*      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   NISSAN MOTOR ACCEPTANCE CORP.,    P.O. BOX 371491,
                 PITTSBURGH, PA 15250)
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Daniel L. Williams hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT<br>MIDDLE DISTRICT OF PENNSYLVANIA | | | |
|---|---|---|---|
| In re: | | | |
| Daniel L. Williams,<br>aka Daniel Lewis Williams Sr., | | Chapter | 13 |
| **Debtor 1** | | Case No. | 1:19−bk−03455−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 1, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 8, 2020<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2019 |

ntcnfhrg (03/18)