Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

September 18, 2023

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

    Re:    **Williams, Daniel L.**
               **Ch. 13, Case No. 1:19-03455**

Dear Mr. Miller:

Please change the address of the Debtor:

Old Address:

Daniel L Williams
953 South Pine Street
York, PA 17401

**New Address:**

**Daniel L. Williams**
**66 Shellfield Drive**
**Heathsville, VA 22473**

Sincerely,

/s/ E. Haley Rohrbaugh, Esquire

Haley Rohrbaugh
EHR/klb