# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Daniel L Williams

Case No.: 1-19-03455HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 6810 |
| Property Address if applicable: | 953 Pine St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7,496.62 |
| b. | Prepetition arrearages paid by the trustee: | $7,496.62 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $7,496.62 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: November 21, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Daniel L Williams

Case No.: 1-19-03455HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 21, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George St
York PA 17401

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Daniel L Williams
66 Shellfield Dr
Heathsville VA 22473

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 21, 2023            /s/  Liz Joyce
                                    Office of the Standing Chapter 13 Trustee
                                    Jack N. Zaharopoulos
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    email: info@pamd13trustee.com

# Disbursements for Claim

Case: 19-03455     DANIEL L. WILLIAMS

**NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**
PO BOX 619094

DALLAS, TX   75261-

Acct No: 6810/PRE ARREARS/953 S PIN

REFUND/PAID IN FULL

Sequence: 24
Modify:
Filed Date: 10/30/2019 12:00:00AM
Hold Code: P

| | Amt Sched: | Amt Due: | Debt: | Paid: | Interest Paid: | Accrued Int: | Balance Due: |
|---|---|---|---|---|---|---|---|
| | $81,636.00 | $0.00 | $12,991.23 | $7,496.62 | $0.00 | $0.00 | $5,494.61 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | C | 09/20/2023 | 0 | ($327.19) | $0.00 | ($327.19) | |
| | | | | | Cred Rfd Chk #: 2025727893 | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | C | 09/08/2023 | 0 | ($327.19) | $0.00 | ($327.19) | |
| | | | | | Cred Rfd Chk #: 2025693054 | | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/09/2023 | 2027882 | $327.19 | $0.00 | $327.19 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/11/2023 | 2026904 | $327.19 | $0.00 | $327.19 | 07/20/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/13/2023 | 2025986 | $314.35 | $0.00 | $314.35 | 06/23/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/18/2023 | 2024027 | $314.35 | $0.00 | $314.35 | 04/28/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/15/2023 | 2023005 | $314.35 | $0.00 | $314.35 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/15/2023 | 2021994 | $628.70 | $0.00 | $628.70 | 02/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/18/2023 | 2020995 | $314.35 | $0.00 | $314.35 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 11/16/2022 | 2019043 | $314.35 | $0.00 | $314.35 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/18/2022 | 2018000 | $331.59 | $0.00 | $331.59 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/17/2022 | 2015921 | $663.18 | $0.00 | $663.18 | 08/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 07/13/2022 | 2014859 | $308.60 | $0.00 | $308.60 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 06/14/2022 | 2013895 | $308.60 | $0.00 | $308.60 | 06/24/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/17/2022 | 2012855 | $308.60 | $0.00 | $308.60 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 04/12/2022 | 2011781 | $308.60 | $0.00 | $308.60 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/16/2022 | 2010764 | $308.60 | $0.00 | $308.60 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/16/2022 | 2009781 | $308.60 | $0.00 | $308.60 | 02/28/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2022 | 2008801 | $204.58 | $0.00 | $204.58 | 02/01/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 03/17/2021 | 1228237 | $203.54 | $0.00 | $203.54 | 03/26/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 02/17/2021 | 1227222 | $307.59 | $0.00 | $307.59 | 03/01/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 01/19/2021 | 1226202 | $479.49 | $0.00 | $479.49 | 01/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 12/10/2020 | 1224415 | $239.74 | $0.00 | $239.74 | 12/17/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 10/15/2020 | 1222648 | $237.11 | $0.00 | $237.11 | 10/23/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 09/17/2020 | 1221651 | $474.22 | $0.00 | $474.22 | 09/24/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 08/12/2020 | 1220590 | $237.11 | $0.00 | $237.11 | 08/21/2020 |
| 520-0 | NATIONSTAR MORTGAGE LLC D/B/ | | 05/06/2020 | 1217554 | $66.42 | $0.00 | $66.42 | 05/15/2020 |

| | | Sub-totals: | $7,496.62 | $0.00 | $7,496.62 |
|---|---|---|---|---|---|
| | | Grand Total: | $7,496.62 | $0.00 | |