Certificate Number: 03088-PAM-DE-038302576

Bankruptcy Case Number: 19-03455


03088-PAM-DE-038302576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2024, at 12:16 o'clock PM CDT, Daniel L Williams Sr. completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 21, 2024     By: /s/Ana Avalos

                         Name: Ana Avalos

                         Title: Counselor