# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Daniel L. Williams aka Daniel Lewis Williams, Sr.**<br>　　　　　　　　　　**Debtor**<br><br>**Nationstar Mortgage LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Daniel L. Williams aka Daniel Lewis Williams, Sr.**<br>　　　　　　　　　　**Debtor**<br><br>**Steven M. Carr, Esq.**,<br>　　　　　　　　　　**Trustee** | **BK NO. 19-03455 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, Esq.,of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 30 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Daniel L. Williams aka Daniel Lewis Williams, Sr.
953 South Pine Street
York, PA 17403

<u>Attorney for Debtor</u>
Elizabeth Haley Rohrbaugh, Esq.
CGA Law Firm
135 North George Street (VIA EF)
York, PA 17401

<u>Trustee</u>
Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>November 30, 2022</u>

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington, Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com